JEFFERSON TRUST COMPANY, Respondent, *v.* JOHN T. DIXON, Appellant, Impleaded with Another.

*Jefferson Trust Co.* v. *Dixon*, 141 App. Div. 933, affirmed.
(Argued December 9, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 9, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon promissory notes.

*Charles F. Williams, John C. Tomlinson* and *D. Theodore Kelly* for appellant.

*Louis S. Posner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.